570 A.2d 1318

### In re HARMAR COAL COMPANY.

**Appeal of Joseph P. CONNORS, Sr., Donald E. Pierce, Jr., William Miller, William B. Jordan and Paul R. Dean, as Trustees of the United Mine Workers of America 1950 Pension Plan, 1950 Benefit Plan, 1974 Pension Plan, and 1974 Benefit Plan, Collectively Known as the UMWA Health and Retirement Funds.**

Supreme Court of Pennsylvania.

Argued March 8, 1990.

Decided March 21, 1990.

Jeffrey T. Morris, Plowman and Spiegel, Pittsburgh, for appellant.

Edwin J. Strassburger, Thomas W. Zwilling, Strassburger, McKenna, Gutnick & Potter, Pittsburgh, Pa., for Gutnick–Receiver for Harmar Coal Co.

Anthony J. Polito, Polito & Smock, P.C., Pittsburgh, Pa., for Consolidation Coal Co.

Claude Montgomery, Booth, Marcus & Pierce, New York City, for Wheeling–Pittsburgh Steel Corp.

Michael D. Bedrin, Asst. Counsel, Ward T. Kelsey, Asst. Counsel, Dept. of Environmental Resources, Charles M. Means, Markel, Schafer & Means, P.C., Harmar Tp. Sol. Clifford Weisel, for appellees.

Joel M. Walker, Michael J. Yurcheshen, Pittsburgh, Pa., for Prudential, Metropolitan Life, Aetna Life, Northwestern Mut. Life and Connecticut Gen. Life.

Dennis Cronin, Wachtell, Lipton, Rosen & Katz, Michael Walsh, Weil, Gotshal & Manges, for Ins. Companies.

Lawrence M. Handelsman, Stroock, Stroock & Lavan, New York City, for Committee for Unsecured Creditors of Wheeling–Pittsburgh Steel Corp.

Paul Whitehead, United Steelworkers of America, Pittsburgh, Pa.

Robert J. Lerner, Pension Benefit Guar. Corp., Washington, D.C.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the consideration or decision of this case.